LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com

Attorney for Plaintiffs
ALEX WELLINS and
MIKE MILLER

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX WELLINS and MIKE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKN' LLC,<br><br>Defendant. | Case No. 3:20-CV-03641-LB<br><br>**NOTICE OF DISMISSAL OF COMPLAINT** |

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiffs Alex Wellins and Mike Miller hereby dismiss all causes of action in the complaint against Defendant Lockn' LLC with prejudice.

*/s/Howard Hirsch*
Howard Hirsch, State Bar No. 213209
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com

# CERTIFICATE OF SERVICE
*Alex Wellins et al., v Lockn' LLC. – Case No. 3:20-CV-03641-LB*
**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

I declare that:

I am employed in San Francisco County, California. I am over the age of 18 years and not a party to the within cause; my business address is 503 Divisadero Street, San Francisco, CA 94117. My electronic notification address is apearson@lexlawgroup.com.

On September 24, 2020, I served true copies of the following documents:

**NOTICE OF DISMISSAL OF COMPLAINT**

On this date, I transmitted a PDF version of the document(s) listed above via email to the following email address(es):

Jordan Goldstein. Esq.
Lockn' General Counsel
104 W 29th Street, 11th Floor
New York, NY 10001
jordan.goldstein@daygloventures.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 24, 2020, at San Francisco, California.

Signed: */s/Owen Sutter*_____
Owen Sutter